**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

**06-66**
**consolidated with 06-65**

**SETH PAUL SNYDER**

**VERSUS**

**APRIL RENEE DOYLE SNYDER**

************

APPEAL FROM THE
THIRTY-SIXTH JUDICIAL DISTRICT COURT,
PARISH OF BEAUREGARD, NOS. 2005-0448 and 2005-0480,
HONORABLE STUART S. KAY, JR., DISTRICT JUDGE

************

**MICHAEL G. SULLIVAN**
**JUDGE**

************

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Marc T. Amy, and Michael G. Sullivan, Judges.

**AFFIRMED AS AMENDED.**

**David L. Wallace**
**Attorney at Law**
**Post Office Box 489**
**DeRidder, Louisiana 70634**
**(337) 462-0473**
**Counsel for Defendant/Appellee:**
        **Seth Paul Synder**

**Charles A. "Sam" Jones, III**
**Attorney at Law**
**Post Office Box 995**
**DeRidder, Louisiana 70634**
**(337) 463-5532**
**Counsel for Plaintiff/Appellant:**
        **April Renee Doyle Snyder**